```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 22761
     VERONICA E EASON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-6447


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/04/2007 and was confirmed 02/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
B-REAL LLC                    UNSECURED           692.53           .00            .00
PEOPLES GAS LIGHT & COKE      UNSECURED          3670.98           .00            .00
SPRINT BANKRUPTCY             UNSECURED          1026.15           .00            .00
AMERICAS SERVICING COMPA      NOTICE ONLY      NOT FILED           .00            .00
AMERICA'S SERVICING COMP      CURRENT MORTG         .00            .00            .00
AMERICA'S SERVICING COMP      MORTGAGE ARRE         .00            .00            .00
CREDIT ACCEPTANCE CORP        SECURED VEHIC     4894.84          31.37          418.63
HOUSEHOLD MORTGAGE SERVI      CURRENT MORTG         .00            .00            .00
HSBC MORTGAGE SERVICES        CURRENT MORTG         .00            .00            .00
67TH STREET CURRENCY EXC      UNSECURED          2995.00           .00            .00
AFNI                          UNSECURED        NOT FILED           .00            .00
AMERICAS FINANCIAL CHOIC      UNSECURED           382.17           .00            .00
AMERICASH LOANS LLC           UNSECURED           920.85           .00            .00
AMERICASH LOANS               UNSECURED        NOT FILED           .00            .00
US CELLULAR                   UNSECURED        NOT FILED           .00            .00
BIEHL & BIEHL                 UNSECURED        NOT FILED           .00            .00
BRANDYS SAFE & LOCK INC       UNSECURED        NOT FILED           .00            .00
CASH MART                     UNSECURED          1571.40           .00            .00
CERTEGY                       UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING       UNSECURED          5980.00           .00            .00
COMCAST                       UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON           UNSECURED           811.96           .00            .00
H & R BLOCK                   UNSECURED        NOT FILED           .00            .00
HARRAHS JOLIET CASINO         UNSECURED        NOT FILED           .00            .00
PROVINCETOWN IMPROVEMENT      UNSECURED        NOT FILED           .00            .00
HARRIS & HARRIS               UNSECURED        NOT FILED           .00            .00
HORSESHOE CASINO              UNSECURED        NOT FILED           .00            .00
ILLIANA FINANCIAL CREDIT      UNSECURED           724.42           .00            .00
NATIONWIDE CREDIT INC         UNSECURED           502.86           .00            .00
LASALLE BANK                  UNSECURED        NOT FILED           .00            .00
MCC                           UNSECURED           754.22           .00            .00
MENARDS                       UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22761 VERONICA E EASON
```

```
MIDWEST SUBURBAN PUBLISH  UNSECURED          259.42             .00           .00
MONTEREY FINANCIAL SERVI  UNSECURED          210.43             .00           .00
REMAX ALL REALTY          UNSECURED      NOT FILED              .00           .00
TCF NATIONAL BANK         UNSECURED      NOT FILED              .00           .00
TELECHECK SERVICES        UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORES OF IL  UNSECURED      NOT FILED              .00           .00
UNITED COMPUCRED COLLECT  UNSECURED      NOT FILED              .00           .00
UPTOWN CASH               UNSECURED      NOT FILED              .00           .00
US BANK                   UNSECURED      NOT FILED              .00           .00
MONTEREY FINANCIAL SERVI  SECURED          450.00              2.13         47.88
HOME LOAN SERVICES INC    NOTICE ONLY  NOT FILED                .00           .00
CRESCENT RECOVERY LLC     UNSECURED        6645.34              .00           .00
ACCREDITED HOME LENDERS   CURRENT MORTG       .00               .00           .00
ACCREDITED HOME LENDERS   UNSECURED      NOT FILED              .00           .00
HSBC MORTGAGE SERVICES    SECURED NOT I   1619.93               .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY  NOT FILED                .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY            .00               .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,844.00                          180.79
TOM VAUGHN                TRUSTEE                                            59.20
DEBTOR REFUND             REFUND                                              .00


        Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
    ---------------------------------------------------------------------------
TRUSTEE                     740.00

PRIORITY                                              .00
SECURED                                            466.51
    INTEREST                                        33.50
UNSECURED                                             .00
ADMINISTRATIVE                                     180.79
TRUSTEE COMPENSATION                                59.20
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                      740.00                 740.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 09/25/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE



                            PAGE   2
            CASE NO. 07 B 22761 VERONICA E EASON